# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FLEETILLA, LLC, a Michigan Limited Liability Company, | )<br>)<br>) Case No.: 2:16-cv-11060-BAF-RSW |
| Plaintiff, | ) |
| v. | )<br>) U.S. District Judge<br>) Bernard A. Friedman |
| VIRTUAL FLEET MANAGEMENT, LLC, a Texas Limited Liability Company, and | )<br>)<br>) Magistrate Judge<br>) R. Steven Whalen |
| PATENT LICENSING ALLIANCE, a Utah Limited Liability Company, | ) |
| Defendants. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(ii), Plaintiff FLEETILLA, LLC and Defendants VIRTUAL FLEET MANAGEMENT, LLC and PATENT LICENSING ALLIANCE., by their undersigned attorneys, hereby stipulate to the voluntary dismissal of this action with prejudice and with each party bearing their own costs and attorney fees. The parties have entered into a settlement agreement that resolves all issues and controversies to the parties'

{YB:00074848.DOCX }

mutual satisfaction. In the Stipulated Order of Dismissal, the parties request that jurisdiction be retained by this Court to enforce the terms of the settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994).

Stipulated and approved as to form and substance.

Respectively submitted,

s/Marshall G. MacFarlane
Marshall G. MacFarlane (P27296)
**YOUNG BASILE HANLON**
**& MACFARLANE P.C.**
301 East Liberty
Suite 680
Ann Arbor, Michigan 48104
(734) 662-0270
(734) 662-1014 *facsimile*
macfarlane@youngbasile.com

Dated: July 18, 2016         *Attorneys for Plaintiff*


s/J. Scott Martin
J. Scott Martin
**BUTZEL LONG, PC**
41000 Woodward Ave., Stoneridge West
Bloomfield Hills, Michigan 48304
(248) 258-1616
(248) 258-1439 *facsimile*
martinj@butzel.com
*Attorneys for Defendants*

Dated: July 18, 2016

{YB:00074848.DOCX }

**IT IS HEREBY ORDERED:**

1. That the parties shall comply with the terms of the settlement agreement entered into on July 12, 2016 and which is incorporated by reference, in its entirety, as if fully set forth within;

2. That by consent of the parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the settlement agreement; and

3. That except as provided for in paragraphs 1 and 2 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED this 19th. day of July, 2016.

                                            s/ Bernard A. Friedman_____

                                            Honorable Bernard A. Friedman
                                              United States District Court Judge